**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**OCALA DIVISION**

UNITED STATES OF AMERICA

VS.   CASE NO. 5:22-cr-16-JA-PRL
   (5:24-cv-223-JA-PRL)

WAYNE ALLAN PHILLIPS, JR.

**ORDER**

Before the Court is the defendant's motion to determine eligibility for a sentence reduction under a retroactive amendment to the sentencing guidelines. (Doc. 66). However, the motion is not signed, so it is **STRICKEN**. Fed. R. Crim. P. 49(b)(4) ("The court must strike an unsigned paper unless the omission is promptly corrected after being called to the . . . person's attention.").

DONE and ORDERED on December 17, 2024.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Attorney
David Wilson, Esq.
Wayne Allan Phillips, Jr.